1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANGEL ORTEGA,

11            Plaintiff,                    No. CIV S-08-3142 KJM P

12        vs.

13    DR. HOUSLEY, et al.,

14            Defendants.                   <u>ORDER</u>

15    _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17    filed pursuant to 42 U.S.C. § 1983.  By order filed May 21, 2009, plaintiff's complaint was

18    dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19    complaint.

20            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21    § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22    plaintiff has a reasonable opportunity to prevail on the merits of this action.

23            In accordance with the above, IT IS HEREBY ORDERED that:

24            1.  Service is appropriate for defendant Housley.

25            2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

26    an instruction sheet and a copy of the amended complaint filed June 23, 2009.

1          3.  Within thirty days from the date of this order, plaintiff shall complete the

2  attached Notice of Submission of Documents and submit the following documents to the court:

3                    a.  The completed Notice of Submission of Documents;

4                    b.  One completed summons;

5                    c.  One completed USM-285 form for defendant Housley; and

6                    d.  Two copies of the endorsed amended complaint filed June 23, 2009.

7          4.  Plaintiff need not attempt service on defendants and need not request waiver of

8  service.  Upon receipt of the above-described documents, the court will direct the United States

9  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

10  without payment of costs.

11  DATED: August 21, 2009.

12  _____

13                    U.S. MAGISTRATE JUDGE

14  2
orte3142.1

2

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANGEL ORTEGA,

11              Plaintiff,                         No. CIV S-08-3142 KJM P

12         vs.

13   DR. HOUSELY, et al,                           NOTICE OF SUBMISSION

14              Defendants.                        OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____         completed summons form

19              _____         completed USM-285 forms

20              _____         copies of the _____
                                             Amended Complaint
21   DATED:

22

23                                        _____

24                                        Plaintiff

25

26