IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL ORTEGA,

        Plaintiff,                    No. 2:08-cv-3142 KJN P

   vs.

DR. HOUSLEY, et al.,

        Defendants.            <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with this civil rights action. On September 30, 2009, the court ordered the United States Marshal to serve the complaint on defendant Housley. The Marshal was unable to effect service on defendant Housley because she is not employed at Facility "A" Clinic in Ione. Attempts to locate this defendant through the California Department of Corrections and Rehabilitation locator were unsuccessful on December 7, 2009 and January 28, 2010.

       If plaintiff wishes to proceed with his claims against defendant Housley, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any legal means available to him.

////

1

1 | Plaintiff is cautioned that when service of a complaint is not made upon a
2 | defendant within 120 days after the complaint was filed, the court may be required to dismiss the
3 | plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the amended complaint filed June 23, 2009.

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant Housley;

    b. Two copies of the endorsed amended complaint filed June 23, 2009; and

    c. One completed summons form.

DATED: February 16, 2010

                                          /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

orte3142.8e

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | ANGEL ORTEGA, | |
| 11 | Plaintiff, | No. 2:08-cv-3142 KJN (PC) |
| 12 | vs. | |
| 13 | DR. HOUSLEY, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ <u>one</u> completed summons form;

    ____ <u>one</u> completed USM-285 form; and

    ____ <u>two</u> copies of the amended complaint filed June 23, 2009

DATED: _____.

 

                                                            _____

                                                                         Plaintiff